# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| CLAUDE DAVID CONVISSER ) | |
| ) | |
| and ) | |
| ) | |
| POP DIESEL AFRICA, INC., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. _____ |
| ) | |
| v. ) | |
| ) | |
| UNIVERSITY OF VIRGINIA, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFFS' EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER**

Plaintiffs Claude David Convisser and POP Diesel Africa, Inc. ("POP Diesel" or "the Company") (together "plaintiffs"), by counsel, move this Court on an emergency basis pursuant to Rule 65 of the Federal Rules of Civil Procedure for a temporary restraining order, due to immediate and irreparable harm they will suffer absent immediate relief set forth in the verified complaint and memorandum in support filed herewith, that defendant the University of Virginia ("UVA," "the University," or "defendant") immediately restore plaintiff Claude David Convisser's unrestricted access to its School of Law's Library and use of its facilities which they have barred along with all other members of the public effective December 2, 2024, pending a future ruling on this motion considered as a motion for a preliminary injunction, once defendant has had a chance to be heard in full, and plaintiffs respectfully request the relief stated in the memorandum in support and the proposed order submitted herewith.

1

## Certificate Pursuant to Rule 65(b)(1)(B)

Undersigned plaintiffs' counsel hereby certifies pursuant to Rule 65(b)(1)(B), Fed. R. Civ. P., that concurrently to filing this legal action, he is serving by hand-delivery a courtesy copy of the complaint, motion for an emergency, temporary restraining order, and memorandum in support thereof on the office of the University Counsel, University of Virginia, Madison Hall, 1827 University Hall, Charlottesville, Virginia 22903, and he has a process server standing by to serve the summons and the foregoing documents as soon as the Clerk's Office returns the summons to him ready for service, hopefully performing service on the University's President or his designee the very same day. Plaintiffs' counsel will notify the opposing party by its University Counsel of any hearing this Court sets on plaintiffs' emergency motion for a temporary restraining order.

## Prayer for Relief

Wherefore, the premises stated, plaintiffs respectfully request that this Court grant their emergency motion for a temporary restraining order and such further relief as is just, or schedule an urgent hearing by telephone or in person hereon.

Respectfully submitted,

CLAUDE DAVID CONVISSER
and POP DIESEL AFRICA, INC.,
Plaintiffs, by counsel

Claude David Convisser,
Attorney at Law
Virginia State Bar No. 33799
P.O. Box 7206
Charlottesville, Virginia 22906
5013 South Louise Ave., # 262
Sioux Falls, South Dakota 57108
Tel. 703-438-0071
cdc@popdiesel.com