IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| **CLAUDE DAVID CONVISSER,** and **POP DIESEL AFRICA, INC.,** <br><br> Plaintiffs, <br><br> v. <br><br> **UNIVERSITY OF VIRGINIA,** <br><br> Defendant. | Case No. 3:24-cv-00083 |

## MOTION TO DISMISS PURSUANT TO RULES 12(b)(1) and 12(b)(6)

Defendant, the University of Virginia, by counsel and pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), hereby moves to dismiss plaintiffs' Complaint for the reasons set forth in the accompanying Memorandum of Law.

Respectfully submitted,

**UNIVERSITY OF VIRGINIA**

By Counsel: */s/ Amy E. Hensley*
Amy E. Hensley* (VSB No. 80470)
Associate University Counsel/Assistant Attorney General
1827 University Avenue
Charlottesville, Virginia 22904
Telephone: (434) 924-3685
Email: aehensley@virginia.edu
*Counsel of Record for Defendant*

Pebbles L. Burgess* (VSB No. 74817)
Senior Assistant Attorney General
Office of the Attorney General
204 Abingdon Place
Abingdon, Virginia 23211
Telephone: (276) 628-1786
Facsimile: (276) 628-4375
pburgess@oag.state.va.us
*Counsel of Record for Defendant*

## CERTIFICATE

I hereby certify that on December 24, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

/s/ *Amy E. Hensley*
Amy E. Hensley* (VSB No. 80470)
Associate University Counsel/Assistant Attorney General