IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| CLAUDE DAVID CONVISSER | ) | |
| | ) | |
| and | ) | |
| | ) | |
| POP DIESEL AFRICA, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 3:24-cv-00083 |
| v. | ) | |
| | ) | |
| UNIVERSITY OF VIRGINIA, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs Claude David Convisser and POP Diesel Africa, Inc., by counsel, voluntarily dismiss this legal action pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, the Chief of the University of Virginia Police having rescinded by letter dated August 27, 2024 the no trespass warning issued August 16, 2024 to plaintiff Claude David Convisser, who never received this rescission letter by electronic or U.S. mail due to interference with his mail until the University Police headquarters handed him a copy on January 30, 2025.

Respectfully submitted,

_/s/ Claude Convisser_

_____

Claude David Convisser
Counsel for plaintiffs
Virginia State Bar No. 33799
P.O. Box 7206
Charlottesville, Virginia 22906
5013 South Louise Ave., # 262
Sioux Falls, South Dakota 57108
Tel. 703-438-0071
cdc@popdiesel.com